UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DANA CARDEN,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:15-cv-01381-RDP |
| **TOWN OF HARPERSVILLE, et al.,** | } |
| Defendants. | } |

## ORDER

This case is before the court on the Motions to Dismiss Plaintiff's First Amended and Restated Complaint (Docs. # 47-49), filed by Defendants Judicial Correction Services, Inc. ("JCS"), Correctional Healthcare Companies, Inc. ("Correctional Healthcare"), CHC Companies, Inc. ("CHC Companies"), and the Town of Harpersville ("Harpersville"). This case is also before the court on Defendant Harpersville's Motion to Strike Class Allegations Based on *Griffin* and *Ewing*. (Doc. # 89). For the reasons explained in the Memorandum Opinion entered with this Order,

1. JCS and Correctional Healthcare's Motion to Dismiss (Doc. # 47) is **GRANTED IN PART** and **DENIED IN PART**. Defendant Harpersville's Motion to Dismiss (Doc. # 49) is **GRANTED IN PART** and **DENIED IN PART**. Counts Three, Four, Five, Six, Seven, Eight, Twelve, Thirteen, Fourteen, Fifteen, and Sixteen of the First Amended Complaint (Doc. # 6) are hereby **DISMISSED WITHOUT PREJUDICE** for failure to state a claim. In all other respects, these Defendants' Motions to Dismiss are **DENIED**.

2. Defendant CHC Companies's Motion to Dismiss (Doc. # 48) is **GRANTED**. All claims against Defendant CHC Companies are hereby **DISMISSED WITHOUT PREJUDICE** for failure to state a claim. This dismissal shall not affect any other right, claim, or cause of action which Plaintiff has, or may have, against any remaining Defendant.

3.     Defendant Harpersville's Motion to Strike Class Allegations (Doc. # 89) is **GRANTED**. The class allegations in the First Amended Complaint (Doc. # 6 at ¶¶ 104-113) are hereby **STRICKEN** as untimely.

4.     **Within thirty (30) days after the entry of this Order**, Plaintiff **SHALL** file a Second Amended Complaint regarding her claims against Defendant Harpersville which complies with the directions in the accompanying Memorandum Opinion. If Plaintiff does not file a conforming Second Amended Complaint, the § 1983 claims against Defendant Harpersville will be dismissed.

**DONE** and **ORDERED** this September 21, 2017.

                                                _____
                                               **R. DAVID PROCTOR**
                                               UNITED STATES DISTRICT JUDGE