FILED

2018 Feb-07  PM 06:06
U.S. DISTRICT COURT
N.D. OF ALABAMA



**EXHIBIT D**

G. Daniel Evans
gdevans@evanslawpc.com

Alexandria Parrish, JD, CPA, MST
ap@evanslawpc.com

Maurine C. Evans
mevans@evanslawpc.com

D. Patrick Evans
dpevans@evanslawpc.com

January 3, 2018

**VIA EMAIL - -** gcook@balch.com; wgreen@fleenorgreen.com
**AND U.S. MAIL**

Gregory C. Cook, Esquire
Balch & Bingham, LLP
1901 Sixth Avenue North, Suite 1500
P.O. Box 306
Birmingham, Alabama 35201

Wilson F. Green, Esquire
Fleenor & Green LLP
1657 McFarland Blvd. N., Ste. G2A
Tuscaloosa, Alabama 35406

    RE: Harpersville Settlement

Dear Greg and Wilson:

  I received the long awaited "simple" release from you just before Christmas.  The document is quite an overreach beyond our agreement.  We agreed to a simple general release and, as you know, I represented the clients individually - not as a group as the release is structured. So, requiring all to participate in a joint release will not work. Furthermore, there was never any agreement nor even discussion as to confidentiality nor many of the other terms that you included.

  As a result, I have drafted releases that are separate for each of these four individuals laying out the amount of money to be paid to each, together with the attorneys' fees allocated to each client. Essentially, this worked out to a one third attorneys' fee being allocated for each individual client and the settlement figures shown on each release bear

Gregory C. Cook, Esquire
Wilson F. Green, Esquire
January 3, 2018
Page Two


that out.  The total of all the releases is the $90,000 figure agreed upon and the terms of the release provide full and general mutual releases to all defendants relating to the JCS operation at Harpersville.  As I have previously communicated, we have had conversations with each of these clients individually, each of whom has given us authority to accept these specific figures.

Since this was resolved by agreement now over a month ago, I had hoped this would have been disbursed with the cases fully dismissed by this point. Please let me know if there is going to be any further difficulty in getting this matter put to bed.

I look forward to hearing from you.

Sincerely yours,

G. Daniel Evans

GDE/jbi

Enclosures

cc:    William M. Dawson, *via email*

## RELEASE

FOR AND IN CONSIDERATION of the sum of Forty Eight-Thousand Dollars ($48,000.00), Dana Carden for herself and any predecessors in interest and successors, hereby releases and discharges, and by these presents does, for her executors, administrators, legal representatives, successors and assigns, release, acquit, and forever discharge The Town of Harpersville, Judicial Correction Services, LLC, f/k/a Judicial Correction Services, Inc. and CHC Companies, LLC f/k/a CHC Companies, Inc. (herein collectively referred to as the "JCS Defendants"), their agents or employees from any and all actions, causes of action, claims, demands, costs, loss of services, expenses, compensation, and all consequential damage, including attorney's fees and costs arising from the facts surrounding the operation of JCS at Harpersville and the claims asserted in that certain action filed in *Dana Carden v. The Town of Harpersville, et al*; Case number 2:15-01381 RDP, pending in the United States District Court for the Northern District of Alabama. Further, as a part of this agreement, Carden agrees to dismiss that action with prejudice, cost taxed as paid.

Similarly, The Town of Harpersville and the JCS Defendants for their executors, administrators, legal representatives, successors and assigns, release, acquit, and forever discharge Dana Carden from any and all actions, causes of action, claims, demands, costs, loss of services, expenses, compensation, and all consequential damage which either may have.

This release contains the entire agreement between the parties hereto, and the terms of this release are contractual and not a mere recital. It is expressly understood and agreed that this release is binding upon the heirs, executors, administrators, legal

representatives and assigns of the undersigned.

WITNESS our hands and seals this _____ day of _____, 2018.

**CAUTION! READ BEFORE SIGNING**

_____          _____

Witness                          Dana Carden

                                 THE TOWN OF HARPERSVILLE

_____          _____

Witness                          By:

                                 JUDICIAL CORRECTION SERVICES, LLC,
                                 f/k/a JUDICIAL CORRECTION SERVICES, INC.

_____          _____

Witness                          By:

                                 CHC COMPANIES, LLC
                                 f/k/a CHC COMPANIES, INC.

_____          _____

Witness                          By:

2

## RELEASE

FOR AND IN CONSIDERATION of the sum of Thirteen Thousand Five Hundred Dollars ($13,500.00), Wendell Threatt, for himself and any predecessors in interest and successors, hereby releases and discharges, and by these presents does, for his executors, administrators, legal representatives, successors and assigns, release, acquit, and forever discharge The Town of Harpersville, Judicial Correction Services, LLC, f/k/a Judicial Correction Services, Inc. and CHC Companies, LLC f/k/a CHC Companies Inc. (herein collectively referred to as the "JCS Defendants"), their agents or employees from any and all actions, causes of action, claims, demands, costs, loss of services, expenses, compensation, and all consequential damage including attorney's fees and costs arising from the facts surrounding the operation of JCS at Harpersville and the claims asserted in that certain action filed in *Dana Carden v. The Town of Harpersville, et al*; Case Number 2:15-01381 RDP pending in the United States District Court for the Northern District of Alabama.

Similarly, The Town of Harpersville and the JCS Defendants for their executors, administrators, legal representatives, successors and assigns, release, acquit, and forever discharge Wendell Threatt from any and all actions, causes of action, claims, demands, costs, loss of services, expenses, compensation, and all consequential damage which either may have.

This release contains the entire agreement between the parties hereto, and the terms of this release are contractual and not a mere recital. It is expressly understood and

agreed that this release is binding upon the heirs, executors, administrators, legal representatives and assigns of the undersigned.

WITNESS our hands and seals this _____ day of _____, 2018.

### CAUTION! READ BEFORE SIGNING

_____          _____
Witness                                  Wendell Threatt


THE TOWN OF HARPERSVILLE

_____          _____
Witness                                  By:


JUDICIAL CORRECTION SERVICES, LLC,
F/K/A JUDICIAL CORRECTION SERVICES, INC.

_____          _____
Witness                                  By:


CHC COMPANIES, LLC
F/K/A CHC COMPANIES, INC.

_____          _____
Witness                                  By:

2

## RELEASE

FOR AND IN CONSIDERATION of the sum of Eighteen Thousand Seven Hundred Fifty Dollars ($18,750.00) Andre Brown, for himself and any predecessors in interest and successors, hereby releases and discharges, and by these presents does, for his executors, administrators, legal representatives, successors and assigns, release, acquit, and forever discharge The Town of Harpersville, Judicial Correction Services, LLC, f/k/a Judicial Correction Services, Inc., and CHC Companies, LLC f/k/a CHC Companies, Inc. (herein collectively referred to as the "JCS Defendants"), their agents or employees from any and all actions, causes of action, claims, demands, costs, loss of services, expenses, compensation, and all consequential damage including attorney's fees and costs arising from the facts surrounding the operation of JCS at Harpersville and the claims asserted in that certain action filed in *Dana Carden v. The Town of Harpersville, et al*; Case number 2:15-01381 RDP, pending in the United States District Court for the Northern District of Alabama.

Similarly, The Town of Harpersville and the JCS Defendants, for their executors, administrators, legal representatives, successors and assigns, release, acquit, and forever discharge Andre Brown from any and all actions, causes of action, claims, demands, costs, loss of services, expenses, compensation, and all consequential damage which either may have.

This release contains the entire agreement between the parties hereto, and the terms of this release are contractual and not a mere recital. It is expressly understood and agreed that this release is binding upon the heirs, executors, administrators, legal

representatives and assigns of the undersigned.

WITNESS our hands and seals this _____ day of _____, 2017.

**CAUTION! READ BEFORE SIGNING**

_____          _____
Witness                          Andre Brown

                                 THE TOWN OF HARPERSVILLE

_____          _____
Witness                          By:

                                 JUDICIAL CORRECTION SERVICES, LLC,
                                 f/k/a JUDICIAL CORRECTION SERVICES, INC.

_____          _____
Witness                          By:

                                 CHC COMPANIES, LLC
                                 f/k/a CHC COMPANIES, INC.

_____          _____
Witness                          By:

2

## **RELEASE**

FOR AND IN CONSIDERATION of the sum of Nine Thousand Seven Hundred Fifty Dollars ($9,750.00), Antonio Cook, for himself and any predecessors in interest and successors, hereby releases and discharges, and by these presents does, for his executors, administrators, legal representatives, successors and assigns, release, acquit, and forever discharge The Town of Harpersville, Judicial Correction Services, LLC, f/k/a Judicial Correction Services, Inc., and CHC Companies, LLC f/k/a CHC Companies Inc. (herein collectively referred to as the "JCS Defendants"), their agents or employees from any and all actions, causes of action, claims, demands, costs, loss of services, expenses, compensation, and all consequential damage including attorney's fees and costs arising from the facts surrounding the operation of JCS at Harpersville and the claims asserted in that certain action filed in *Dana Carden v. The Town of Harpersville, et al*; Case number 2:15-01381 RDP, pending in the United States District Court for the Northern District of Alabama.

Similarly, The Town of Harpersville and the JCS Defendants, for their executors, administrators, legal representatives, successors and assigns, release, acquit, and forever discharge Antonio Cook from any and all actions, causes of action, claims, demands, costs, loss of services, expenses, compensation, and all consequential damage which either may have.

This release contains the entire agreement between the parties hereto, and the terms of this release are contractual and not a mere recital. It is expressly understood and

agreed that this release is binding upon the heirs, executors, administrators, legal representatives and assigns of the undersigned.

WITNESS our hands and seals this _____ day of _____, 2018.

**CAUTION! READ BEFORE SIGNING**

_____          _____
Witness                                   Antonio Cook

                                          THE TOWN OF HARPERSVILLE

_____          _____
Witness                                   By:



                                          JUDICIAL CORRECTION SERVICES, LLC,
                                          f/k/a JUDICIAL CORRECTION SERVICES, INC.

_____          _____
Witness                                   By:



                                          CHC COMPANIES, LLC
                                          f/k/a CHC COMPANIES, INC.

_____          _____
Witness                                   By:

2