# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DANA CARDEN, INDIVIDUALLY AND FOR A CLASS OF SIMILARLY SITUATED PERSONS OR ENTITIES, )<br><br>Plaintiffs;<br>v.<br><br>THE TOWN OF HARPERSVILLE; JUDICIAL CORRECTION SERVICES, INC., ET AL<br><br>Defendants. | CIVIL ACTION NO.:<br><br>2:15-cv-01381-RDP |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties that the above matter is due to be dismissed, with prejudice, cost taxed as paid.

RESPECTFULLY SUBMITTED,

s/ G. Daniel Evans
G. Daniel Evans
ASB-1661-N76G
Alexandria Parrish
ASB-2477-D66P
Maurine C. Evans
ASB-4168-P16T
Attorneys for the Plaintiffs
The Evans Law Firm, P.C.
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209
Telephone: (205) 870-1970
Fax: (205) 870-7763
E-Mail: gdevans@evanslawpc.com
E-Mail: ap@evanslawpc.com
E-Mail: mevans@evanslawpc.com

s/ William M. Dawson
William M. Dawson
ASB-3976-S80W
Attorney for the Plaintiffs

Dawson Law Office
1736 Oxmoor Road
Birmingham, Alabama 35209
Telephone: 205-795-3512
E-Mail: bill@billdawsonlaw.com

s/ L. Conrad Anderson IV
L. Conrad Anderson IV
Gregory C. Cook
Will Hill Tankersley
Ginny Willcox Leavens
Chase T. Espy
Attorneys for The Town of Harpersville
Balch & Bingham, LLP
1905 6th Avenue North
Birmingham, AL 35201
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
Email: canderson@balch.com
gcook@balch.com
WHT@balch.com
gwillcox@balch.com
cespy@balch.com

s/ Wilson F. Green
Wilson F. Green
Attorney for Judicial Correction Services, Inc.
Fleenor & Green LLP
1657 McFarland Blvd. N., Ste. G2A
Tuscaloosa, Alabama 35406
Telephone: (205) 722-1018
Email: wgreen@fleenorgreen.com

s/Larry S. Logsdon
Larry S. Logsdon
Michael L. Jackson
Wesley K. Winborn
Attorneys for Judicial Correction Services, Inc.
WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
P.O. Box 530910
Birmingham, AL 35253
Phone: (205) 870-0555
Email: llogsdon@wallacejordan.com
mjackson@wallacejordan.com
wwinborn@wallacejordan.com